UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

DATE OF PROCEEDING: DECEMBER 17, 2019

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.

Docket # CR 17-00183 (NLH)

SHAWN K. HARVEY
    DEFENDANT PRESENT

APPEARANCE:
Sara A. Aliabadi, AUSA for Government.
A. Harold Kokes, Esq. for Defendant.
Thomas Leakan, U.S. Probation Officer Supervisor.

NATURE OF PROCEEDINGS: SENTENCE ON FOUR COUNTS OF TWELVE COUNT INDICTMENT

SENTENCE: imprisonment 60 months on each of Counts 1, 10, 11, and 12, all such terms to be served concurrently.

SUPERVISED RELEASE: 3 years, this term consists of 3 years on each of Counts 1, 10, 11, and 12, Concurrently with special conditions.

RECOMMENDATION: that the defendant be designated to FCI Fort Dix or FCI Fairton for service of this sentence.

Defendant and counsel advised of right to appeal.

Ordered that the defendant is remanded to the custody of the U.S. Marshal service.
Order to be entered.

Time commenced: 10:43 a.m.
Time Adjourned:  1:00 p.m.
Total Time: 2 hrs. 10 min.

s/ GN, Deputy Clerk